1  CENTER FOR DISABILITY ACCESS
2  Ray Ballister, Jr., Esq., SBN 111282
   Russell Handy, Esq., SBN 195058
3  Phyl Grace, Esq., SBN 171771
   Dennis Price, Esq., SBN 279082
4  9845 Erma Road, Suite 300
   San Diego, CA 92131
5  (858) 375-7385
   (888) 422-5191 fax
6  mark@potterhandy.com
   Attorneys for Plaintiff
7
   STEPHANIE A. SHERIDAN, SBN. 135910
8  stephanie.sheridan@sedgwicklaw.com
   TARA K. CLANCY, SBN. 253321
9  tara.clancy@sedgwicklaw.com
   SEDGWICK LLP
10 333 Bush Street, 30th Floor
   San Francisco, CA 94104-2834
11 Telephone: 415.781.7900
   Facsimile: 415.781.2635
12 Attorneys for Defendant
   AM Retail Group, Inc
13

14             UNITED STATES DISTRICT COURT
15             CENTRAL DISTRICT OF CALIFORNIA

16  STEVE WALKER,
                                    Case: 5:16-CV-02677-JGB-SP
17         Plaintiff,
         v.
18
    AM RETAIL GROUP, INC., a        **JOINT STIPULATION FOR**
19  Delaware Corporation; and Does 1- **DISMISSAL PURSUANT TO**
    10,                             **F.R.CIV.P. 41 (a)(1)(A)(ii)**
20
           Defendants,
21

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 2, 2017    CENTER FOR DISABILITY ACCESS

By: __/s/ Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff

Dated: June 2, 2017    SEDGWICK LLP

By: __/s/ Tara K. Clancy_____
    Stephanie A. Sheridan
    Tara K. Clancy
    Attorney for Defendants
    AM Retail Group, Inc

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Tara K. Clancy , counsel for AM Retail Group, Inc., and that I have obtained Ms. Clancy's authorization to affix her electronic signature to this document.

Dated:  June 2, 2017              CENTER FOR DISABILITY ACCESS

                                  By: ___/s/ Phyl Grace_____
                                        Phyl Grace
                                        Attorneys for Plaintiff